## Minnesota Department of Corrections
## OFFENDER KITE FORM

Offenders are encouraged to communicate with staff at all levels, but it is expected that the chain of command will be used. Your kite should be directed to the staff who can best answer your question. If you send a kite requiring an answer to the wrong staff, it will be returned to you. Kites are to be used for offender to staff correspondence only. If your kite is not specific, and/or the top portion is not completely filled out, legible, and using your committed name, it will be returned for additional information. If you want your kite reviewed further up the chain of command, you must attach all previous kites to show the previous responses. Offender kite form 303.101A is used for general inquiries. Use kite form B for Health Services, Behavioral Health, and treatment inquiries.

To: MS. LANA JANSEN / DISCIPLINE    Date: 1-31-21
From: MARC A. BAKAMBIA    OID#: 248643
Facility/Unit: AW    Room/Cell: 432    Case manager: MR. R. STEVEN

Other staff you have contacted regarding this issue and the outcome/decision (attach responses):

Issue: I wish to make 224 copies of the following documents: (1) Health Partners 11 pages (44 copies, please make single sided); (2) 1 copy of Amended Complaint Case No. 20-CV-01434 (There are 34 pages plus Notice of Electronic Filing, so 35 copies); (3) PLAINTIFF'S Declaration and its EXHIBITS (Total pages 4 pages plus Notice of Electronic Filing, so 5 copies); (4) 3 pages of Meet and Confer Statement plus Notice of Electronic Filing (so 4 copies); (5) Letter of ANTHONY J. NOVAK to Judge Brasel dated 1/19/21 (1 copy); (6) Letter from KEVIN Jonassen to Judge Menendez (1 copy); (7) Order of Judge Menendez (There are 2 pages, so 4 copies); (8) Letter from Kevin Jonassen to Judge Menendez Case No 20-CV-01433 (2 copies); (9) POWER OF ATTORNEY (There are 4 pages, so 4 copies, please make single sided); (10) Kite Response from VICTOR WANCHENA dated 4/22/20 (3 copies); (11) Receipt dated 1/27/21 (3 copies); (12) Kite to HS dated 1/24/21 (4 copies); (13) Kite to HS dated 1/21/21 (4 copies); (14) Certify Mail receipt dated 1/19/20 (4 copies); (15) Kite to Monica Sorons 1/19/21 (4 copies); (16) Kite to SUSAN NORTON 1/18/21 (4 copies); (17) Kite to Kathy Reid dated 1/17/21 (4 copies);

Continued to the back

TOTAL $56.00

Response from: _____    Date: _____

RECEIVED ON 2/9/20 @ 7:50 AM from LANA

EXHIBIT 1

Return to: _____    OID#: _____    Unit: _____    Room/Cell: _____

Distribution upon completion of response: Original to offender; copy to respondent.    303.101A    (10/2018)

(18) Kite to OFFICER McCoy dated 1/17/21 (4 copies); (19) Kite to NIKKI dated 1/14/21 (4 copies); (20) Kite to Kathy Reid 1/14/21 (4 copies); (21) Kite to MR. R. STEVEN 1/13/21 (Front and back, so 8 copies, and please make singly sided).

(22) Kite to MAIL ROOM dated 1/12/21 (4 copies); (23) Vouchers dated 1/12/21 (3 copies)

(24) Kite to Kathy Reid 1/10/21 (Front and back, so 8 copies, please make singly sided);

(25) Kite to Monica Arons 1/6/21 (4 copies); (26) X-ray dated 12/31/20 (4 copies)

(27) Kite to MR. R. STEVEN dated 12/1/20 (4 copies); (28) HS CHAIN OF COMMAND (3 copies)

(29) Kite to AWA CLEMONS dated 9/30/19 (2 copies); (30) Kite to LT. G. Peterson 9/18/19 (2 copies)

(31) Kite to LT. G. Peterson 8/22/19 (2 copies); (32) EMAIL Correspondence of SLETTEN, HEATHER (DOC) dated 9/6/19 (2 copies); (33) Facility Division/Notice dated 9/27/19 (2 copies)

(34) Grievance Appeal 9/18/19 (2 copies); (35) Facility Grievance response 8/26/19 (2 copies)

(36) Kite to Discipline LT 6/20/19 (2 copies); (37) Kite to Ms. THERESA 6/3/19 (2 copies)

(38) Grievance dated 8/14/19 (2 copies); (39) Internal Memo 7/17/19 (2 copies)

(40) Kite to A/W OPERATION 7/15/19 (2 copies); (41) Kite to RASMUSSEN 7/4/19 (2 copies)

(42) Kite to Sgt MAKI 7/7/19 (2 copies); (43) Kite to Sgt. MAKI 7/12/19 (2 copies)

(44) Kite to Discipline LT. Peterson 7/2/19 (2 copies); (45) Kite to J. WOHLHEFER 7/3/19 (2 copies)

(46) Kite to CPO RASMUSSEN 6/30/19 (back and Front, 4 copies, please make singly sided.)

(47) Grievance Response from Warden Janssen 8/16/19 (2 copies)

(48) Grievance 8/8/19 (2 copies); (49) Kite to LT. G. Peterson 8/16/19 (2 copies)

224