**Minnesota Correctional Facilities**
## Offender Voucher / Special Order Form
Multiple Copies: Type or Press Firmly, Must Be Completed in Ink

EXHIBIT 2

Offender Name: MARC BAKAMBIA    OID #: 248643    Living Unit: AW    Bed: 432

Payable To: Discipline / Ms. LANA

Address: _____

Reason for Withdrawal (According to DOC Policy 300.100)
- ___ Vendor Order   _X_ Copies
- ___ Money Sent     ___ Phone PIN
- ___ State Issue    ___ Library Fees
- ___ Postage/Ship   ___ Other

**RECEIVED BY MAIL FEB 16 2021 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA**

Transfer from Spending to Savings: $ _____
Transfer from Savings to Spending: $ _____
Transfer from Spending to Gate: $ _____

VENDORS: NO SUBSTITUTES, BACK ORDERS, OR CREDITS. REFUNDS BY CHECK ONLY.

| Quantity | Description | Catalog # | Page # | Size | Color | Ship wt. | Price Each | Total Price |
|---|---|---|---|---|---|---|---|---|
| 224 | Copies | | | | | | $.25 | 56.00 |

RECEIVED ON 2/9/21 @ 7:50AM From MS. LANA / DISCIPLINE

MUST Complete ONE Ship To Address:
Ship to: (Your Name and OID) _____  OR  Ship to: _____
MCF- _____

Sub Total: _____
Tax: _____
S/H Charge: _____
**TOTAL: 56.00**

APPROVALS   Please Charge $ 56.00 to my spending account.

Offender Signature: _____    OID #: 248643    Unit LT Signature (Requests of $500 or more) ___ Date ___

Signature of Staff Verifying Offender ID/Signature ___    Date: 1-30-21    Property Signature/Hobby craft Signature ___ Date ___

Printed Name of Staff: JSCH amauri    Date: 1-30-21    Religious Services Signature ___ Date ___

Processed By: BS    Date Processed: 2/3/21

**SCANNED FEB 16 2021 U.S. DISTRICT COURT MPLS**

White(1): Offender Accounts    Yellow(2): Vendor    Pink(3): Property    (302.250G)