DEPARTMENT OF CORRECTIONS

Rush city

# MCF-RC Office Memorandum

RECEIVED BY MAIL
FEB 16 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**Date:** August 16, 2019

**To:** Marc BAKAMBIA #248643 MCF – STW/Seg Tier 1, Cell 1103

**From:** Warden Janssen, Grievance Authority

**RE: Grievance – Refer to Policy #303.100 (See Chain of Command on back side of this memo)**

The grievance you submitted will not be entered as a formal grievance for the reason(s) listed below:

_____ You must file your grievance within 30 calendar days from the date the incident occurred.

_____ You exceeded the number of pages allowed to file a grievance. No more than the grievance form and one side of an additional 8-1/2 x 11 piece of paper may be used to state your grievance.

_____ You did not attach copies of **ALL** kite responses you received in the Chain of Command. **You must write to one person at a time and wait one week or until you have received a response from that person before writing to the next staff.** Once all kite responses have been received, you can forward those with the grievance to me.

_____ You indicated that you verbally spoke with staff. This is not proof that you tried to resolve the issue informally. You need to write kites following the Chain of Command. Include copies of staff's response with your grievance.

_____ You did not fill out the appropriate form. You need to submit your issue on a pink Grievance form.

_____ You can only list one issue per grievance.

__X__ This is not an issue you can grieve. This issue already has an appeal process in place that you must follow. Decisions from that appeal process are final and cannot be grieved through this process.

_____ This is a DOC-wide policy. DOC policies cannot be grieved.

_____ Your grievance is not clear to me. Please be more concise regarding what your issue is and what you are seeking for a resolution. List in one or two paragraphs your issue, and then in a sentence or two, what you seek for resolution.

_____ You are seeking staff termination or discipline. This is not an acceptable request for resolution.

_____ You have already grieved this issue. Once the grievance authority has responded, you can appeal the decision through the grievance appeal authority at the MN DOC Central Office.

__X__ Other. Please see below comments.

Additional comments: Matters involving discipline do not fall under the grievance policy.

SCANNED
FEB 16 2021
U.S. DISTRICT COURT MPLS

EXHIBIT 5

**Minnesota Department of Corrections**
**Offender Grievance**

Date: 8/8/19

Offender: MARC BAKAMBIA     OID: 248643     Living Unit/Cell/Room#: Seg/1103 STW

Casemanager: MS. REBECCA ERICKSON

Instruction to offender – You may add one 8½ X 11 inch sheet of paper to expand your grievance information. You must attach kites, including staff response, showing your attempt to resolve the issue informally and one copy of all supporting exhibits for this grievance. Your grievance will be returned if you do not attach kites.

Grievance:
Before I left Rush City, on 7/17/19, I had sent a Kite to AWA CLEMONS along with an attached Kite of Discipline LT. G. Peterson' response to any Concerns related to the matter. I had requested they review the Cameras on the date of 5/15/19 around 16:30-16:35 2E UPPER D-wing cell 262. I was threatened and assaulted (punched twice) by the same group of inmates in my Cell 262. Offenders involved were #216922 Nayquanabe Zachary, #249265 Bastedo, Joseph.
     I would like this incident of 5/15/19 around 16:30-16:35 Cx 2E UPPER D-wing Cell 262 to be reviewed and be placed into evidence, and I would appreciate to receive a copy of this incident report.

                    Thank you very much.

Dist.    Original - Facility Grievance Coordinator          Date entered _____
         Copy - Offender                                     Grievance number _____

303.100B   (6/2009)