

**DEPARTMENT
OF CORRECTIONS**

**Central Office**
1450 Energy Park Drive, Suite 200 | St. Paul, MN 55108
*Main: 651.361.7200 | Fax: 651.642.0223 | TTY: 800.627.3529*
*www.mn.gov/doc*

RECEIVED
BY MAIL
FEB 16 2021
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

September 27, 2019

Marc Bakambia #248643
Minnesota Correctional Facility – Stillwater
970 Pickett Street North
Bayport, MN 55003

Dear Mr. Bakambia,

The grievance appeal you submitted is being returned to you for the following reason(s):

- Your grievance is not complete.  In order to appeal a grievance, your initial grievance, filed at the facility, needs to be accepted and processed.

You were informed that all transfers to another facility within the Department of Corrections are based upon bed space and the needs of the department.  Per MNDOC Policy 301.095 Central Transportation – Offenders.  Offenders are not made aware of an upcoming transfer prior to the transfer occurring due to safety reasons.

Please refer to the Department of Corrections Policy 303.100 Grievance Procedure for the proper grievance procedure.

Facilities Division
Central Office



SCANNED
FEB 16 2021
U.S. DISTRICT COURT MPLS

EXHIBIT 6

Received on 10-2-19 from Central office

*Contributing to a safer Minnesota*
EQUAL OPPORTUNITY EMPLOYER

**Minnesota Department of Corrections**
**Grievance Appeal**

Date: _9-18-19_

Offender: _MARC BAKAMBIA_   OID: _248643_   Living Unit: _BE 251_

Instruction to offender: The grievance must be attached to this form in order to process. You may add one 8 1/2 x 11 inch sheet of paper to expand upon your grievance appeal information. Please include one copy of all exhibits for this grievance appeal.

Reason for Appeal: _In many of my complaints, my Safety Concerns about this specific Facility "STILLWATER" was brought up to Rush City Staff attention several times, and they disregarded my Safety Concerns those several times. Because of the Violation of my Rights that resulted to my Condition TBI, they still transferred me maliciously to this Facility that they have Knowled of my future substantial risk of harm. This issue was also reported in the letter I had sent to the Commissioner at the central office on 7/16/19 even though I was transferred out of the Facility the next day of the letter being sent out._

_As to my remedies on the grievance, they have been Continuously Violating the Chain of command by not responding to my kits nor accepting my Grievances._

_As to this attached Grievance, the WARDEN JANSSEN, GRIEVANCE AUTHORITY replied : This is a DOC-wide policy. DOC policy Cannot be grieved._

_Please, refer to attached Grievance for my remedies_

_Thank you Very much._

Dist.
Original – Central Office Grievance Appeal Coordinator
Copies  – Facility Grievance Coordinator
         Offender

**Facilities Division** Date Entered _____

SEP 2 5 2019

**RECEIVED**

Grievance Number _____

303.100C   9/02

_Received on 10-2-19 from central office._

5070020061

MINNCOR



# DEPARTMENT
# OF CORRECTIONS

## MCF-RC Office Memorandum

**Date:**  August 26, 2019

**To:**  Marc BAKAMBIA #248643  Seg Tier 1 Cell 1103  *MCF- Stillwater*

**From:**  Warden Janssen,  Grievance Authority

**RE:  Grievance – Refer to Policy #303.100 (See Chain of Command on back side of this memo)**

The grievance you submitted will not be entered as a formal grievance for the reason(s) listed below:

_____  You must file your grievance within 30 calendar days from the date the incident occurred.

_____  You exceeded the number of pages allowed to file a grievance.  No more than the grievance form and one side of an additional 8-1/2 x 11 piece of paper may be used to state your grievance.

_____  You did not attach copies of **ALL** kite responses you received in the Chain of Command. **You must write to one person at a time and wait one week or until you have received a response from that person before writing to the next staff.**  Once all kite responses have been received, you can forward those with the grievance to me.

_____  You indicated that you verbally spoke with staff.  This is not proof that you tried to resolve the issue informally.  You need to write kites following the Chain of Command.  Include copies of staff's response with your grievance.

_____  You did not fill out the appropriate form.  You need to submit your issue on a pink Grievance form.

_____  You can only list one issue per grievance.

_____  This is not an issue you can grieve.  This issue already has an appeal process in place that you must follow.  Decisions from that appeal process are final and cannot be grieved through this process.

___X____  This is a DOC-wide policy.  DOC policies cannot be grieved.

_____  Your grievance is not clear to me.  Please be more concise regarding what your issue is and what you are seeking for a resolution.  List in one or two paragraphs your issue, and then in a sentence or two, what you seek for resolution.

_____  You are seeking staff termination or discipline.  This is not an acceptable request for resolution.

_____  You have already grieved this issue.  Once the grievance authority has responded, you can appeal the decision through the grievance appeal authority at the MN DOC Central Office.

_____  Other.  Please see below comments.

Additional comments:

Facilities Division

SEP 2 5 2019

RECEIVED

*Received on 10-2-19 from central office.*

*Contributing to a Safer Minnesota*                                                                                                        303.100E (04/2018)

AUG 23 '19 RCVD

**Minnesota Department of Corrections**
**Offender Grievance**

Date: **8/14/19**

Offender: **MARC BAKAMBIA**   OID: **248643**   Living Unit/Cell/Room#: **1103**

Casemanager: **MS. REBECCA ERICKSON**

Instruction to offender – You may add one 8½ X 11 inch sheet of paper to expand your grievance information. You must attach kites, including staff response, showing your attempt to resolve the issue informally and one copy of all supporting exhibits for this grievance. Your grievance will be returned if you do not attach kites.

Grievance:

This Grievance is Mainly Concerns my Safety. You did tranferred me to STILLWATER with a Malicious intent. You Knew I was dianosed with TBI and Posttraumatic Headache, PTSD, and other damages are not listed yet. All this was caused by Rush City Staff: "Failure-To-Protect" (SAFETY). Now I'm being Shipped where You are well aware of the substantial risk of my future Safety, in jeopardy.

— Therefore, I would like for this Committee to provide for me of a direct way to Communicate with you guys (Contact STILLWATER STAFF for a Fax#) in order for me to exhaust my remedies without any difficulties

— If you agreed to the Claim above, I would like to Know the person's name with whom I will be dealing with from here (STILLWATER) FAXING back and forth documents between you and I, until then I will continue using U.S. Post OFF.

— I want Response of all My Kites and Grievances I will be sending must be in a very Short period of time.

Thank You Very much.

Dist.     Original - Facility Grievance Coordinator
          Copy - Offender

Received on 10-2-19 from central office

Date entered _____
Grievance number _____

303.100B   (6/2009)

*Case # 553400*



# DEPARTMENT OF CORRECTIONS

## Internal Memo

**Date:** July 17, 2019

**To:**   M. Bakambia #248643    1W 128

**From:** J. Pugh, AW of Operations   *a. Burt for*

## RE: Kite Response

All transfers to another facility within the Department of Corrections are based upon bed space and the needs of the department; handled according to established policies and procedures.

Due to security reasons, offenders are not made aware of an upcoming transfer prior to the transfer occurring.  While options may be explored, this will not be discussed with you.

I would encourage you to work with facility staff during the remainder of your incarceration and hope you gain insight into how you can make positive adjustments in your life.

*Received from Central office on 10-2-19*

*Contributing to a Safer Minnesota*

Case # 552400

**Minnesota Department of Corrections**
# OFFENDER KITE FORM



Offenders are encouraged to communicate with staff at all levels, but it is expected that the chain of command will be used.  Your kite should be directed to the staff who can best answer your question.  If you send a kite requiring an answer to the wrong staff, it will be returned to you.  Kites are to be used for offender to staff correspondence only.  If your kite is not specific, and/or the top portion is not completely filled out, legible, and using your committed name, it will be returned for additional information.  If you want your kite reviewed further up the chain of command, you must attach all previous kites to show the previous responses.  Offender kite form 303.101A is used for general inquiries.  Use kite form B for Health Services, Behavioral Health, and treatment inquiries.

To: _A/W OPERATION_   Date: _7-15-19_
From: _MARC BAKAMBIA_   OID# _248643_
Facility/Unit _1W_   Room/Cell _128_   Case manager: _Ms. T. WOHLHOEFER_

**Other staff you have contacted regarding this issue and the outcome/decision (attach responses):**

_____

_____

Issue: _Again, my safety right now is in jeopardy. Please Contact_
_LT. WATKIN, I just sent him a kite regarding Staff who had just put_
_my life and safety even more in jeopardy. I'm appealing CPD Rasmussen_
_to his response. I want to get transfered as soon as possible and please_
_no still water, they've got their their freinds allorted already._
_____ thank you _____

Response from: _____   Date: _____

Return to: _Received From Central officers_   OID#: _____   Unit: _____   Room/Cell: _____
            _10-2-19_

Distribution upon completion of response:  Original to offender; copy to respondent   303.101A   (10/2018)

## Minnesota Department of Corrections
## OFFENDER KITE FORM

Offenders are encouraged to communicate with staff at all levels, but it is expected that the chain of command will be used.  Your kite should be directed to the staff who can best answer your question.  If you send a kite requiring an answer to the wrong staff, it will be returned to you.  Kites are to be used for offender to staff correspondence only.  If your kite is not specific, and/or the top portion is not completely filled out, legible, and using your committed name, it will be returned for additional information.  If you want your kite reviewed further up the chain of command, you must attach all previous kites to show the previous responses.  Offender kite form 303.101A is used for general inquiries.  Use kite form B for Health Services, Behavioral Health, and treatment inquiries.

To: RASMUSSEN                              Date: 7-4-19

From: MARC BAKAMBIA                        OID# 248643

Facility/Unit  1W     Room/Cell  128     Case manager: Ms. THERESA

**Other staff you have contacted regarding this issue and the outcome/decision (attach responses):**

Issue: It is Clearre to me that I don't have Control over transfer and at the same time my safety is on the line. But please, on the previous Kites I requested return of all my Kites I've sent to you with response please

            Thank you Very much.

Response from: CPO RASMUSSEN              Date: 7/10/19
A TRANSFER IS IN THE WORKS.   IT WON'T BE LONG.

Received from Central Office on 10-2-19
Return to: BAKAMBIA      OID#: 248643   Unit: 1W   Room/Cell: 128

Distribution upon completion of response:  Original to offender; copy to respondent   303.101A   (10/2018)

33704

B-East

MLS