# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  22-3375

_____

Marc Amouri Bakambia

Plaintiff - Appellant

v.

Paul Schnell; Vicki Janssen; Paul Gammel, sued in their individual and official capacities; Kenneth Peterson, sued in their individual and official capacities; David Schmitt; Scott Maki; Jesse Pugh; Clemons; E. Rasmussen; Gary Peterson; Tyler Nelson; Tatum

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01433-PAM)

_____

## JUDGMENT

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

April 20, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans