# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3375

Marc Amouri Bakambia

Appellant

v.

Paul Schnell, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:20-cv-01433-PAM)

---

## MANDATE

In accordance with the opinion and judgment of April 20, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 14, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit